UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK FENDER and
AIG AMERICAN INTERNATIONAL
LIFE INS. CO. OF NEW YORK,

        Petitioners,

v.

        CASE NO. 12-cv-10823
        HON. DENISE PAGE HOOD

STATE TREASURER,
ARENAC COUNTY, and
HEIDI WASHINGTON,

        Respondents.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is DISMISSED.

        DAVID J. WEAVER
        COURT ADMINISTRATOR


        By: s/LaShawn Saulsberry
        Deputy Clerk

Approved:

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated:  July 31, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 31, 2012, by electronic and/or ordinary mail.

        S/LaShawn R. Saulsberry
        Case Manager