UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PATRICK FENDER and
AIG AMERICAN INTERNATIONAL
LIFE INS. CO. OF NEW YORK,

        Petitioners,

                                          CASE NO. 12-cv-10823
v.                                        HON. DENISE PAGE HOOD

STATE TREASURER,
ARENAC COUNTY, and
HEIDI WASHINGTON,

        Respondents.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is

**DISMISSED**.

                                                      DAVID J. WEAVER
                                                      COURT ADMINISTRATOR


                                            By: <u>s/LaShawn Saulsberry</u>
                                                    Deputy Clerk


Approved:

<u>S/Denise Page Hood</u>
Denise Page Hood
United States District Judge

Dated:  July 31, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 31, 2012, by electronic and/or ordinary mail.

                                               S/LaShawn R. Saulsberry
                                               Case Manager